

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2014

No. 04-12-00602-CR

Michael Jason **TUCKER**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-03-0067-CRA
Honorable Stella Saxon, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED. The motion is due on November 7, 2014.

It is so **ORDERED** on the 24th day of October, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court